MARY ELIZABETH WORTHINGTON v. SOLOMAN ALLEY
WORTHINGTON

No. 758DC385

(Filed 5 November 1975)

**Appeal and Error § 57— findings supported by evidence — court on appeal bound**

The court on appeal is bound by the findings of fact made by the trial court where there is some evidence to support those findings.

APPEAL by defendant from *Nowell, Judge.* Judgment entered 17 February 1975 in District Court, LENOIR County. Heard in the Court of Appeals 3 September 1975.

Defendant, age 68, appeals from an order directing him to pay alimony pendente lite and counsel fees to plaintiff from whom he was separated on 29 December 1974 following their marriage on 26 December 1974.

*Jones and Wooten, by Lamar Jones, for plaintiff appellee.*

*Turner and Harrison, by J. Harry Turner and Fred W. Harrison, for defendant appellant.*

VAUGHN, Judge.

Although we express no opinion on whether we would have reached the same result on the evidence before the court at the hearing for alimony pendente lite, there is some evidence to support the findings of fact made by the trial judge, and we are bound by them. The findings of fact are sufficient to support the order and it is affirmed.

Affirmed.

Judges MORRIS and CLARK concur.